WILLIAM F. BOWEN, Respondent, *v.* HENRY M. TRUE,
Appellant.

Where a complaint sets forth two causes of action, upon one of which only defendant is liable to arrest, an order of arrest cannot be granted.

(Argued June 3, 1873; decided September 30, 1873.)

THIS was an appeal from an order of General Term affirming a Special Term order, denying motion on the part of defendant to vacate an order of arrest. The complaint set forth two causes of action, upon one of which only defendant was liable to arrest. *Held*, that an order of arrest was improper in such action.

*Justus Palmer* for the appellant.

*E. W. Packard* for the respondent.

Agree to reverse upon the ground that an order of arrest could not be granted where complaint set forth two causes of action upon one of which only defendant was liable to arrest.
No opinion.
All concur.
Order reversed.